IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOSE YBARRA DOMINGUEZ, #833815 | § | |
| VS. | § | CIVIL ACTION NO. 6:04cv245 |
| KEVIN MOORE, ET AL. | § | |

ORDER OF DISMISSAL

Plaintiff Jose Ybarra Dominguez, an inmate confined in the Texas prison system, filed the above-styled and numbered civil rights lawsuit pursuant to 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge Judith K. Guthrie, who issued a Report and Recommendation concluding that the Defendants' motion for summary judgment should be granted. The Plaintiff did not file a response to the motion for summary judgment or objections to the Report. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the motion for summary judgment (docket entry #113) is **GRANTED** and the complaint is **DISMISSED** with prejudice. All motions not previously ruled on are hereby **DENIED**.

**So ORDERED and SIGNED this 25th day of June, 2007.**

_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**